# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| Janice A. Simon, on behalf of herself and all others similarly situated, | ) ) ) |
| Plaintiff, | ) ) |
| v. | )     Case No. 15-CV-1162-EFM-GLR |
| | ) |
| Horseshoe Operating, Inc. (including affiliated predecessors) | ) ) ) |
| Defendant. | ) ) |
| _____ | ) |

## STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties stipulate to a dismissal of the above entitled action without prejudice.

| | |
|---|---|
| */s/ Rex A. Sharp*_____ | */s/ David E. Bengtson*_____ |
| Rex A. Sharp, KS #12350 | David E. Bengtson, KS #12184 |
| Barbara C. Frankland, KC #14198 | Frank W. Basgall, KS #25073 |
| Gunderson, Sharp LLP | 1625 N Waterfront Parkway, Suite 300 |
| 5301 W. 75th Street | Wichita, KS  67206-6620 |
| Prairie Village, KS  66208 | Telephone: (316) 265-8800 |
| Telephone:  (913) 901-0505 | Facsimile:  (316) 265-1349 |
| Facsimile:  (913) 901-0419 | david.bengtson@stinson.com |
| rsharp@midwest-law.com | frank.basgall@stinson.com |
| bfrankland@midwest-law.com | |
| | Matthew J. Salzman, KS #19460 |
| David E. Sharp, KS #10624 | Stinson Leonard Street LLP |
| Gunderson Sharp, LLP | 1201 Walnut Street, Suite 2900 |
| 1911 Southwest Freeway | Kansas City, MO  64106-2150 |
| Houston, TX 77098 | Telephone:  (816) 842-8600 |
| dsharp@midwest-law.com | Facsimile:  (816) 691-3495 |
| | matthew.salzman@stinson.com |
| Pete Olson, KS #13786 | |
| Peter G. Olson Law, LLC | *Attorneys for Defendant* |
| P.O. Box 386 | |
| Angel Fire, NM  87710 | |
| Peteolsonlaw@gmail.com | |

1

Robert H. Gale, Jr.
Gale & Gale Attorneys
2111 N Main Street
PO Box 907
Syracuse KS 67878
galelaw@pld.com

*Attorneys for Plaintiff and the Putative Class*

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of March, 2016, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send notice of electronic filing to all counsel who have registered for receipt of the documents filed in this matter.

/s/ *Rex A. Sharp*

2